371 A.2d 226

Commonwealth v. Frazier, Appellant.

Submitted June 22, 1976. Albert John Snite, Assistant Defender, and Benjamin Lerner, Defender, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

Judgment of sentence affirmed.